**Jens Schmidt, OSB #843417**
jens.schmidt@harrang.com
**Ben Miller, OSB #074690**
ben.miller@harrang.com
Harrang Long Gary Rudnick P.C.
360 East 10th Avenue, Suite 300
Eugene, OR 97401-3273
Telephone:     (541) 485-0220
Facsimile:      (541) 686-6564
Of Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **DENNIS RENO,** | Case No. 10-536-HO |
| Plaintiff, | **DEFENDANTS' UNOPPOSED MOTION TO EXTEND DISCOVERY AND PRETRIAL DEADLINES** |
| vs. | |
| **CITY OF NEWPORT,** an Oregon municipal corporation, **WILLIAM D. BAIN,** an individual, and **JIM VOETBERG,** an individual, | **Pursuant to Fed. R. Civ. P. 6(b)** |
| Defendants. | |

### LR 7-1(a) CERTIFICATION

Counsel for defendants certifies that he has conferred with plaintiff's attorney, Kristine Lambert. Plaintiff joins in this motion.

### MOTION

Defendants move for an extension of 120 days of the deadlines in the court's Order of March 4, 2011. This is the parties' second request for an extension of discovery and pretrial

Page 1 – **DEFENDANTS' UNOPPOSED MOTION TO EXTEND DISCOVERY AND PRETRIAL DEADLINES**

deadlines. As required by Fed. R. Civ. P. 6(b)(1), there is good cause for the requested extensions of time.

The parties have made good progress on discovery, but need more time to finish document production, and to start and complete depositions. Plaintiff served separate requests for production of documents on each of the three defendants on October 1, 2010.  The request served on defendant City of Newport ("Newport") was extremely broad, covering 85 separate categories of documents. Defendants served their responses to the plaintiff's document requests on November 3, 2010, and have been in the process of gathering, reviewing and producing documents since then.  Defendants estimate that they have produced over 9,000 pages of documents so far.

The parties have been conferring on specific discovery requests in an effort to narrow their scope, and to reach a resolution without court intervention.  Notwithstanding the foregoing efforts, the parties have still not finished document production, but hope to complete it in the next 30 days and be in a position to start depositions thereafter.

Defendants request that the current deadlines be extended by 120 days, as set forth below:

- •Discovery to be completed: November 2, 2011;
- •Dispositive motions due by: November 2, 2011;
- •Joint Status Report due by: November 2, 2011; and
- •Pretrial Order and Joint Alternate Dispute Resolution Report Deadline: November 30, 2011.

For the foregoing reasons, the court should grant this motion.

DATED this 16th day of June, 2011.

        HARRANG LONG GARY RUDNICK P.C.
        By:   s/ Ben Miller
            Jens Schmidt, OSB #843417
            jens.schmidt@harrang.com
            Ben Miller, OSB #074690
            ben.miller@harrang.com
            Telephone:     (541) 485-0220
            Facsimile:          (541) 686-6564
            Of Attorneys for Defendants

Page 2 – **DEFENDANTS' UNOPPOSED MOTION TO EXTEND DISCOVERY AND PRETRIAL DEADLINES**

## CERTIFICATE OF SERVICE

I certify that on June 16, 2010, I served or caused to be served a true and complete copy of the foregoing **DEFENDANTS' UNOPPOSED MOTION TO EXTEND DISCOVERY AND PRETRIAL DEADLINES** on the party or parties listed below as follows:

| | |
|---|---|
| __X__ | Via CM / ECF Filing |
| _____ | Via First Class Mail, Postage Prepaid |
| _____ | Via Email |
| _____ | Via Personal Delivery |

Andrew Altschul
Kristine Lambert
Buchanan, Angeli, Altschul & Sullivan LLP
321 SW Fourth Avenue, Suite 600
Portland, OR 97204
Attorneys for Plaintiff

HARRANG LONG GARY RUDNICK P.C.

By:  s/ Ben Miller
  Jens Schmidt, OSB #843417
  jens.schmidt@harrang.com
  Ben Miller, OSB #074690
  ben.miller@harrang.com
  Telephone: (541) 485-0220
  Facsimile: (541) 686-6564

  Of Attorneys for Defendants

00318906.DOC;1

**CERTIFICATE OF SERVICE**